Order entered June 3, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00138-CV

### IN THE INTEREST OF T.J.S., A CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-15124**

## ORDER

Before the Court is appellant's June 2, 2015 motion for an extension of time to file the clerk's record and reporter's record. Appellant asks for an extension "until the Supreme Court rules on Appellant's indigence in the Writ of Mandamus." On May 29, 2015, the Texas Supreme Court denied appellant's petition for writ of mandamus. Accordingly, we **GRANT** appellant's motion **to the extent** that the clerk's record and reporter's record shall be filed by **JULY 3, 2015**.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Felicia Pitre, Dallas County District Clerk, Francheska Duffey, Official Court Reporter for the 330th Judicial District Court, appellant, and counsel for appellee.

/s/     ELIZABETH LANG-MIERS
        JUSTICE